

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00646-CV

**IN THE INTEREST OF N.A.V.**, P.A.V., A.J.V., L.V., and J.G., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00244
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 17, 2020.

_____
Irene Rios, Justice